IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:07-CR-207(1) |
| vs. | : JUDGE ALGENON L. MARBLEY |
| CARLOS ESPINOZA-ESPEROZA | : |
| Defendant. | : |

### ORDER

On December 18, 2007, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant Carlos Espinoza-Esperoza's guilty plea.  Defendant, represented by counsel, waived his right to appear on the matter before a District Judge.  The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b).  Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.  Although Defendant was specifically informed of his right to contest the *Report and Recommendation* and the consequences of his failure to do so, he did not object.  Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count one of the indictment.

IT IS SO ORDERED.

                                                                         s/Algenon L. Marbley
                                                                         ALGENON L. MARBLEY
                                                      UNITED STATES DISTRICT COURT

Dated: February 13, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:07-CR-207(2) |
| vs. | : | JUDGE ALGENON L. MARBLEY |
| GUILLERMO VELASQUEZ TORRES | : | |
| Defendant. | : | |

## ORDER

On December 18, 2007, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant Guillermo Velasquez Torres's guilty plea. Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b). Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact. Although Defendant was specifically informed of his right to contest the *Report and Recommendation* and the consequences of his failure to do so, he did not object. Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count one of the indictment.

**IT IS SO ORDERED.**

                                                        s/Algenon L. Marbley
                                                ALGENON L. MARBLEY
                                  UNITED STATES DISTRICT COURT

Dated: February 13, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:07-CR-207(3) |
| vs. | : | JUDGE ALGENON L. MARBLEY |
| RAUL HUERTA-CASTANEDA | : | |
| Defendant. | : | |

### ORDER

On December 18, 2007, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant Raul Huerta-Castaneda's guilty plea. Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b). Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact. Although Defendant was specifically informed of his right to contest the *Report and Recommendation* and the consequences of his failure to do so, he did not object. Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count one of the indictment.

**IT IS SO ORDERED.**

                                                   s/Algenon L. Marbley
                                                   **ALGENON L. MARBLEY**
                                     **UNITED STATES DISTRICT COURT**

Dated: February 13, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:07-CR-207(4) |
| vs. | : JUDGE ALGENON L. MARBLEY |
| NOE PEREZ-LOPEZ | : |
| Defendant. | : |

**ORDER**

On December 18, 2007, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant Noe Perez-Lopez's guilty plea. Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b). Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact. Although Defendant was specifically informed of his right to contest the *Report and Recommendation* and the consequences of his failure to do so, he did not object. Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count one of the indictment.

**IT IS SO ORDERED.**

<u>s/Algenon L. Marbley</u>
ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT

Dated: February 13, 2008